IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES THOMPSON | : | NO. 15-cr-222 |

## ORDER

**AND NOW**, this 2nd day of September, 2015, upon consideration of Defendant Charles Thompson's Motion to Suppress Physical Evidence (ECF No. 13), the Government's Response in Opposition (ECF No. 14), and the hearing and argument conducted on the motion, it is hereby **ORDERED** that Defendant's Motion to Suppress Physical Evidence (**ECF No. 13**) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE